UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-00003 |
| | ) | JUDGE SHARP |
| CHARLES LEE PARRISH | ) | |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Wednesday, April 2, 2014, at 2:00 p.m.

It is so ORDERED.

*/s/ Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE